UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN SWEDEN JEWELERS, INC.,

    Plaintiff,　　　　　　　　　　　　Case No. 1:10–cv–00253–JTN

v.　　　　　　　　　　　　　　　　　　Hon. Janet T. Neff

101 VT, INC., et al.,

    Defendants.
_____/

## ORDER

    Pending before the Court is Plaintiff's Motion (Dkt 126) to Cite Supplemental Authorities. The defendant has not filed a response in opposition to plaintiff's motion. The Court having reviewed the motion, IT IS HEREBY ORDERED that Plaintiff's Motion to Cite Supplemental Authorities (Dkt 126) is GRANTED.

    IT IS SO ORDERED.

Dated: September 19, 2012　　　　　　　　　/s/ Janet T. Neff
　　　　　　　　　　　　　　　　　　　　JANET T. NEFF
　　　　　　　　　　　　　　　　　　　　United States District Judge