UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN SWEDEN JEWELERS, INC.,

    Plaintiff,                             Case No. 1:10-cv-253

v                                         HON. JANET T. NEFF

101 VT, INC., *et al.*,

    Defendants.
_____/

## ORDER

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Certify Class (Dkt 67) is GRANTED. The class is:

> All persons who were successfully sent a facsimile from "Viachi" on May 8, 2007 stating, "Looking for a Company Who Can Provide Superior Customer Service along with Superior Quality Work?" and "Visit us at JCK Las Vegas Booth # 42050 from June 01, 2007 to June 05, 2007."

**IT IS FURTHER ORDERED** that Jason Thompson of Sommers Schwartz, PC; Phillip Bock of Bock & Hatch; and Brian Wanca of Anderson + Wanca are appointed as the class counsel.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall, within 21 days of entry of this Order, file a proposed notification form that complies with FED. R. CIV. P. 23(c), together with a statement describing the method by which the notice will be provided to class members and a list of persons to whom the notice will be sent.

DATED: September 19, 2012               /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge