UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN SWEDEN JEWELERS, INC.,

       Plaintiff,                  Case No. 1:10–cv–00253–JTN

v.                                 Hon. Janet T. Neff

101 VT, INC., et al.,

       Defendants.
_____/

## ORDER

The Court was informed of the parties' agreement to settle this matter and hereby orders that a joint motion and proposed order for preliminary approval of class action settlement shall be filed with the Court by March 27, 2015.

IT IS SO ORDERED.

Dated:  February 27, 2015                              /s/ Ellen S. Carmody
                                                            ELLEN S. CARMODY
                                                             U.S. Magistrate Judge