UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

V<small>AN</small> S<small>WEDEN</small> J<small>EWELERS</small>, I<small>NC</small>.,

    Plaintiff,

v.

                                                Hon. Ellen S. Carmody

101 VT, I<small>NC</small>., et al.,

                                                Case No. 1:10-cv-00253

    Defendants,

_____/

## ORDER

The court being fully advised in the premises, it is hereby ordered that the claims of the plaintiff class as defined in the final approval order are dismissed with prejudice and without costs to either party.

    IT IS SO ORDERED.

Date:  July 30, 2015                                     /s/ Ellen S. Carmody
                                                              ELLEN S. CARMODY
                                                              U.S. Magistrate Judge